**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SONNICA HINES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-11-1383 |
| | § | |
| ABM SHARED SERVICES, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The plaintiff, Sonnica Hines, requests appointment of counsel. (Docket Entry No. 4). In considering a request to appoint counsel under Title VII, a court must examine three factors: (1) the merits of the plaintiff's claims of discrimination; (2) the efforts taken by the plaintiff to obtain counsel; and (3) the plaintiff's financial ability to retain counsel. *Gonzalez v. Carlin*, 907 F.2d 573, 580 (5th Cir. 1990); *Caston v. Sears, Roebuck & Co.*, 556 F.2d 1305, 1309 (5th Cir. 1977); *see also, Salmon v. Corpus Christi Independent School District*, 911 F.2d 1165 (5th Cir. 1990). After reviewing the current record in this case, court determines that appointment of counsel is premature. The record is insufficient for this court to make a preliminary determination about the merits of the plaintiff's case. There is also inadequate information in the record as to the plaintiff's independent attempts to secure counsel. Therefore, this court DENIES plaintiff's motion at this time, without prejudice to reconsideration on a fuller record.

SIGNED on May 31, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge